# KERRIGAN LEGAL

Megan A. Kerrigan, Esquire
260 North Street, First Floor, Harrisburg, PA 17101
Phone:  (717) 884-8694 Fax: (717) 307-3416
megank@kerriganlegal.com

March 11, 2015

**VIA ELECTRONIC FILING**

**ATTN: Robert D. Mariani, U.S.D.J.**
United State District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

     R**E:  Thomas Roman, et al. v. Commonwealth Financial Systems, INC.**
     **CASE NO.: 3:15-cv-00211-RDM**

Judge Mariani:

     Kindly accept this informal response, in lieu of a more formal submission, to Your Honor's Court order dated March 9, 2015.   Due to clerical error, Plaintiff obviously failed to adhere to the Court order requesting status on service of process.  We do however believe this submission will clear everything up, as Defendant has been served and while active settlement negotiations are under way, this office will contemporaneously file the affidavit of service in this matter along with a request for default.

     In late February of 2015, David P. Force, Esq., an attorney working under my supervision in this matter was contacted by Defendant.  The contact was in contemplation of settling this matter. Negotiations are ongoing and the parties are close to resolving the issue.  However, Defendant has neither filed an answer nor appeared in the case, and as such, while we will continue active settlement negotiations, a request the Court enter default will be submitted.

     Accordingly, we request this Court does not proceed with dismissal, but rather accepts Plaintiff's late submission of the affidavit of service and accompanying request for default.

Kerrigan Legal
260 North Street
First Floor
Harrisburg, PA 17101

PHONE    717.884.8694
FAX       717.307.3416
EMAIL    megank@kerriganlegal.com
WEB SITE www.kerriganlegal.com

Respectfully Submitted,


/s/ Megan Kerrigan _____
Megan Kerrigan, Esq.
Attorney for Plaintiffs
Kerrigan Legal
260 North Street – First Floor
Harrisburg, PA 17101
(T) 717-884-8694
(E) Megank@kerriganlegal.com


Of Counsel to the Firm of:
Law Offices of Michael Lupolover, P.C.
120 Sylvan Avenue, Suite 300
Englewood Cliffs, NJ 07632
(T) 201-461-0059
(E) David@lupoloverlaw.com