**Megan Kerrigan, Esq.**
**Kerrigan Legal**
**260 North Street - First Floor**
**Harrisburg, PA 17101**
**megank@kerriganlegal.com**

**ATTORNEY FOR PLAINTIFFS**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Thomas Roman, Caanan Himes, Chasity Muse-Palumbo, Dwayne Pugh, Sergio Mercado, Shawn Lenahan, Alejandro Montoya, Lavern Robinson, Jason Wallace, Jamiel Frazier, Ronald Sayles & Martha Morse,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No.: 3:15-cv-00211-RDM<br><br>**CERTIFICATION OF SERVICE OF CLERK DEFAULT** |

Megan Kerrigan, Esq., hereby certify as follows:

1. I am an attorney at law in the State of Pennsylvania and counsel to the firm, Law Offices of Michael Lupolover, P.C., attorney for Plaintiffs, Thomas Roman, Caanan Himes, Chasity Muse-Palumbo, Dwayne Pugh, Sergio Mercado, Shawn Lenahan, Alejandro Montoya, Lavern Robinson, Jason Wallace, Jamiel Frazier, Ronald Sayles & Martha Morse, in the above-captioned litigation. As such, I am familiar with all of the facts set forth below.

2. I submit this Certification in support of Plaintiffs' request for the entry of default against Defendant COMMONWEALTH FINANCIAL SYSTEMS, INC., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

3. I hereby certify that the Notice of Motion for Clerk Default, Certification in Support of Clerk Default and Entry of Clerk Default was served on Defendant COMMONWEALTH FINANCIAL SYSTEMS, INC., via Regular Mail and Certified Mail.

**CERTIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true.

/s/ Megan Kerrigan_____.
Attorney for Plaintiffs
Megan Kerrigan, Esq.
Kerrigan Legal
260 North Street – First Floor
Harrisburg, PA 17101
(T) 717-884-8694
(E) Megank@kerriganlegal.com

Of Counsel to the Firm of:
Law Offices of Michael Lupolover, P.C.
120 Sylvan Avenue, Suite 300
Englewood Cliffs, NJ 07632
(T) 201-461-0059
(E) David@lupoloverlaw.com