**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS ROMAN,<br><br>           Plaintiff,<br>v.<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC.,<br><br>           Defendant. | Case No.: 3:15-cv-00211-RDM<br><br>**NOTICE OF SETTLEMENT**<br>**REQUEST FOR DISMISSAL** |

COMES NOW Plaintiff THOMAS ROMAN, by and through his attorney of record, Megan Kerrigan, Esq., hereby notifies the Court that the parties have reached a settlement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant has failed to serve an answer, motion for summary judgment, or otherwise appear in the above captioned action, Plaintiff requests this Court grant a dismissal without prejudice.

Date:  March 31, 2015

`

/S/_____
Megan Kerrigan, Esq.
Attorney for Plaintiff
Kerrigan Legal
260 North Street, First Floor
Harrisburg, PA 17101
Direct Dial:  (717) 884-8694
megank@kerriganlegal.com

Of Counsel to the firm:
Law Offices of Michael Lupolover, P.C.
120 Sylvan Avenue, Suite 300
Englewood Cliffs, NJ 07632
(T) (201) 461-0059
(F) (201) 608-7116